AUGUST W. MENZIES, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, on the ground of newly-discovered evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

AUGUST W. MENZIES, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

DANIEL REARDON, Respondent, v. HENRY G. ABELE, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MUSICAL MUTUAL PROTECTIVE UNION, Appellant, v. JOSEPH N. WEBER, Individually and as President of the AMERICAN FEDERATION OF MUSICIANS and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HYMAN M. EPSTEIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CHARLES J. McCABE, Respondent, v. RUBIN FISHBEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SAMUEL BOSLOWITZ, Respondent, v. ISAAC DAVIS and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

JEWEL CARMEN, Respondent, v. FOX FILM CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

PETER VOUTSAS, as Administrator, etc., of CHRISTINA VOUTSAS, Deceased, Respondent, v. MORRIS FROGEL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MIRIAM G. MILLER, Appellant, v. THE PENN MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA, Defendant, Impleaded with IRVING MILLER and Another, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

EDGAR MERRITT VANDERVOORT, Respondent, v. NANNIE H. VANDERVOORT, Defendant. (DANIEL Z. NOORIAN, Corespondent, Appellant.) — Judgment reversed, as against the weight of the credible evidence, with costs to the appellant against the respondent and a new trial ordered. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CONSTANTINE E. HEONIS, Appellant, v. SPIROS C. MARKATOS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

PAULINE LEVIN, as Administratrix, etc., of JULIUS LEVIN, Deceased, Respond-